## Herman Bush, Appellant, v. Mose Bush et al., Appellees.

Gen. No. 43,541.

Heard in the first division,

first district, this court at the October term, 1945; opinion filed January 7, 1946; released for publication January 21, 1946. Irving Breakstone, for appellant; Barre Blumenthal, for certain appellee. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.